JACOB POSTER, Appellant, *v.* NATIONAL SURETY COMPANY, Respondent.

(Argued May 12, 1932; decided June 2, 1932.)

*Benjamin Barondess* for appellant.

*Jacob J. Alexander, Robert H. Spelman* and *John F. Foley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.